# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ERIC SCOTT MYERS,

        Plaintiff,

v.                                      CASE NO. 5:12-cv-259-RS-EMT

STATE OF FLORIDA, et al.,

        Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 49) and Plaintiff's Objections (Doc. 51). The objections have been reviewed *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The following claims are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii):

   a. Plaintiff's due process claims concerning his placement in administrative confinement;

   b. Plaintiff's due process claims concerning the deprivation of his property;

   c. Plaintiff's First Amendment claims concerning his access to the courts; and

   d. Plaintiff's conspiracy claims.

3. Plaintiff's claims challenging his disciplinary convictions are **DISMISSED without prejudice**.

**ORDERED** on January 8, 2014.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**