IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERIC SCOTT MYERS,

      Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 5:12-cv-259-RS-EMT

SERGEANT WATKINS,

      Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 78) and Plaintiff's Objections (Doc. 84). The objections have been reviewed *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's "Reinstatement of Formal Inquirey [sic] of Petition for Injunctive Relief and Application for Default, 'Nunc pro Tunc' " (Doc. 75) is **DENIED**.

**ORDERED** on June 4, 2014.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**