IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERIC SCOTT MYERS,

      Plaintiff,

v.                                     CASE NO. 5:12-cv-259-RS-EMT

SERGEANT WATKINS,

      Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 87) and Plaintiff's Objections (Doc. 88). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's request for "Entering a Default Judgment Rule 55 of the Federal Rules of Civil Procedure" (Doc. 86) is DENIED.

**ORDERED** on June 27, 2014.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**