IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ERIC SCOTT MYERS,**

    **Plaintiff,**

v.                                         Case No. 5:12cv259-MW/EMT

**SERGEANT WATKINS,**

    **Defendant.**

_____/

**ORDER ACCEPTING
SECOND REPORT AND RECOMMENDATION**

    This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 125, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 126. Accordingly,

    IT IS ORDERED:

    The second report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant Sergeant Watkins' motion for summary judgment, ECF No. 111, is **GRANTED** based upon Plaintiff's failure to properly exhaust administrative remedies as required under 42 U.S.C. § 1997e(a). Plaintiff's state

1

law claims are **DISMISSED without prejudice** to his pursuing them in state court." The Clerk shall close the file.

    **SO ORDERED on August 11, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
